AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joseph H. Whitney

V.

The Guys, Inc., Agora Solution Corp., MyBillingServices, Inc., Info Billing, Inc., MyTeleservices, Inc., LaurenTel, Inc., GreenTreeData, Inc., LowCostBilling, Inc., YourBillingSolutions, Inc., MySuperLotto, Inc., MyPrizeAwards Corp., MyServiceAndSupport, Inc., XYZ, Inc., and John R. Morrison

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-cv-4296 (RHK/AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion to Dismiss (Doc. No. 6) is GRANTED.
Counts I-VI and X of Whitney's Complaint (Doc. No. 1) are DISMISSED WITH PREJUDICE, and Counts VII-IX are DISMISSED WITHOUT PREJUDICE.

| August 17, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By)    L. Brennan,   Deputy Clerk |