United States District Court for the
District Of Minnesota
File Number:  10-CV-4296 (JRT/FLN)

| | |
|---|---|
| Joseph H. Whitney, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NOTICE OF APPEAL |
| | ) |
| The Guys, Inc., Agora Solution Corp., | ) |
| MyBillingServices, Inc., Info Billing, Inc., | ) |
| MyTeleservices, Inc., LaurenTel, Inc., | ) |
| GreenTreeData, Inc., LowCostBilling, Inc., | ) |
| YourBilling Solutions, Inc., MySuperLotto, Inc., | ) |
| MyPrizeAwards Corp., MyServiceAndSupport, Inc. | ) |
| XYZ, Inc., and John R. Morrison, | ) |
| | ) |
| Defendants. | ) |

Notice is hereby given that Joseph H. Whitney, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit the order [Docket 114] granting in part the above-named Defendants' motion for summary judgment [Docket 87] and denying in part Plaintiff's motion for partial summary judgment [Docket 91] and related judgment [Docket 115] both entered in this action on the 23rd day of September, 2014.

Dated:  October 23, 2014

s/ Mark J. Kallenbach, Esq.
Mark J. Kallenbach, Esq.
Bar Number: 146468
2260 Ridge Drive, Suite 13
Minneapolis, MN  55416
markkallenbach@comcast.net
Telephone:  (952)593-3858
Fax:  (952) 738-0467
*Attorney for Plaintiff*